## IN THE UNITED STATES DISTRICT COURT

## OF THE EASTERN DISTRICT OF TEXAS

## TEXARKANA DIVISION

| | |
|---|---|
| SHELIA KEEL § | |
| § | |
| V. § | No.  5:13CV42 |
| § | |
| THE RELIABLE LIFE INSURANCE § | |
| COMPANY § | |

### MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is hereby

**ORDERED** that Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's Claims (Dkt. No. 7) is **GRANTED**.  It is further

**ORDERED** that Plaintiff shall submit her claims against Defendant to binding arbitration pursuant to the terms prescribed in the Arbitration Agreement in the life insurance policy, Policy No. 0136147917. It is further

**ORDERED** that  Plaintiff's cause of action against Defendant is **DISMISSED WITHOUT**

**PREJUDICE**.

**It is SO ORDERED.**

**SIGNED this 19th day of August, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE